RECEIVED

JAN 24 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELTON MARTIN (#167030),<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-1112-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| WARDEN SANDY MCCAIN, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and after a de novo review of the record including the objection filed by Petitioner (Doc. 10), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Martin's claim against Dr. McVay, Sandra Sibley, and Nurse Victoria, regarding the change in medication, be DENIED and DISMISSED with prejudice under § 1915(e)(2)(b) and § 1915A. Martin's § 1983 and ADA claims regarding the non-accessible shower will be served on Warden McCain pursuant to a separate court order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of January, 2018.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE