# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ELTON MARTIN (#167030)** | **CIVIL ACTION NO. 1:17-01112-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN SANDY MCCAIN, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation [Doc. No. 19] of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including the objections and the response to the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the "Rule 12(B)(1) and 12(B)(6) Motion to Dismiss" [Doc. No. 16] is hereby **GRANTED**, and Plaintiff's claims against Defendants State of Louisiana through the Department of Corrections and Warden McCain are **DISMISSED WITH PREJUDICE** except to the extent that Plaintiff asserts claims for monetary damages against Warden McCain in his official capacity. As the Court lacks subject-matter jurisdiction to consider those claims, they are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 9th day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE